

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2017

No. 04-17-00013-CV

Mark A. **CANTU** d/b/a Law Office of Mark Cantu,
Appellants

v.

**GUERRA & MOORE, LLP**, Carlos L. Guerra, J. Michael Moore and David J. Lumber,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ0001154-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Patricia O. Alvarez, Justice

The appellees' unopposed motion for extension of time to file motion for en banc reconsideration is hereby GRANTED. Time is extended to January 22, 2018.

It is so ORDERED on December 15, 2017.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court